UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1K1V TGJ HOLDINGS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TRUE GENTLEMEN'S JERKY, et al.,<br><br>Defendants. | Case No. 21-cv-07811-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Saundra B. Armstrong for consideration of whether the case is related to *True Gentlemen's Jerky, Inc. v. 1K1V TGJ Holdings, LLC,* 21-cv-04073-SBA.

**IT IS SO ORDERED.**

Dated: November 23, 2021



JON S. TIGAR
United States District Judge